UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :     <u>MISDEMEANOR INFORMATION</u>

     - v. -      :     07 Cr.

DEBRA RICE,      :

         Defendant.      :     **07 CRIM 1077**

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From in or about July 2007, through on or about August 7, 2007, in the Southern District of New York, DEBRA RICE, the defendant, unlawfully, willfully, and knowingly did attempt, by threats and force, to prevent, obstruct, impede, and interfere with, the due exercise of rights and the performance of duties under an order, judgment, and decree of a court of the United States, to wit, RICE physically obstructed a United States Deputy Marshal in an attempt to prevent him from executing an arrest warrant issued by the United States District Court for the Southern District of New York.

(Title 18, United States Code, Section 1509.)

MICHAEL J. GARCIA
United States Attorney

NOV 3 0 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**DEBRA RICE,**

**Defendant.**

**<u>Misdemeanor Information</u>**
07 Cr. (___)

(18 U.S.C. § 1509)

<u>MICHAEL J. GARCIA</u>
United States Attorney.