

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2007

Honorable Frank Maas (By HAND)
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

    Re:    United States v. Debra Rice
              07 Cr. 1077 (UA)

Dear Judge Maas:

      On November 30, 2007, the Government filed a misdemeanor Information against the defendant, Debra Rice, in the above captioned case. Previously, on August 15, 2007, the defendant was presented to the Court after being arrested pursuant to a Complaint charging her with a violation of Title 18, United States Code, Section 1071. The defendant was released on the day of her arrest, pursuant to the terms of a $10,000 personal recognizance bond. The matter is currently on the misdemeanor calender for arraignment on December 12, 2007. I have conferred with the defendant's attorney, Mr. John Byrnes, and he has advised me that the defendant cannot appear for arraignment as a result of a health complication that he expects to be resolved in the next month.

      The Government respectfully requests that the Court schedule the defendant's arraignment for January 9, 2007, and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, until that date. I have been advised by Mr. Byrnes that he consents to this request.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                      By:      _____
                                RANDALL W. JACKSON
                                Assistant United States Attorney
                                Tel: (212) 637-1029
                                Fax: (212) 637-2937

cc:     John J. Byrnes, Esq. (By Fax)
          Federal Defender of New York, Inc.
          52 Duane Street, 10th Floor
          New York, NY 10007
          Fax: (212) 571-0392