UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
UNITED STATES OF AMERICA,          : 07 Cr. 1077 (JCF)
                                   :
   - against -                     :    O R D E R
                                   :
DEBRA RICE,                        :
                                   :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference having been held on February 15, 2008, and counsel having requested additional time to consider a possible disposition, it is hereby ORDERED as follows:

    1. A pretrial conference shall be held on March 14, 2008 at 10:30 a.m. in courtroom 18-D. If the parties agree on a disposition, the defendant's plea will be taken at that time.

    2. With the consent of defendants' counsel, the time between February 15, 2008 and March 14, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). This period of time will enable the parties to continue their discussions toward a disposition of the matter, and therefore the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

    SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
       February 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

Copies mailed this date:

Randall W. Jackson, Esq.
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007

John J. Byrnes, Esq.
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007