# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

July 9, 2008

**Via Fascimile**

Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street - Suite 1960
New York, NY 10007

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

Re:   **United States v. Debra Rice**
      **07 Cr. 1077 (JCF)**

Dear Judge Francis:

This is to request an adjournment of the sentencing hearing of Debra Rice which is presently scheduled for July 21, 2008. The pre-sentence investigation and report have not been completed. Since Ms. Rice plead guilty on March 31, 2008 she has experienced medical problems including an extensive hospitalization for open heart surgery. The medical problems Ms. Rice has has had have made her unavailable for the required interviews.

I have conferred with Assistant United States Attorney Randall Jackson and United States Probation Officer Dan J. Voice who have no objection for this request for adjournment. I request a date in September or October, 2008 at the Court's convenience. United States Probation Office Voice indicated to me that he would be willing to conduct interviews at the residence of Ms. Rice is she is unable to travel.

Respectfully yours,

John J. Byrnes
Attorney-in-Charge
Tel: (212) 417-8735

JJB/kj

*[Handwritten endorsement:]* 7/10/08 Sentencing is rescheduled for September 8, 2008 at 10:00 am in courtroom 5-A. SO ORDERED. James C. Francis IV USMJ

Honorable James C. Francis IV  
United States Magistrate Judge  
Southern District of New York

July 9, 2008  
Page 2

Re: **United States v. Debra Rice**  
07 Cr. 1077 (JCF)

**Via Fascimile**

cc: Randall Jackson, Esq.  
Assistant United States Attorney  
Southern District of New York  
One St. Andrews Plaza  
New York, NY 10007

Dan J. Voice  
United States Probation Officer  
United States Probation Department  
Southern District of New York  
500 Pearl Street  
New York, NY 10007